

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00160-CR
### NO. 02-14-00161-CR

GABRIEL SILVA                                                          APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY
TRIAL COURT NOS. 0826138D, 0833761D

----------

## MEMORANDUM OPINION[1]

----------

Pro se Appellant Gabriel Silva attempts to appeal from the trial court's February 12, 2014 denial of his request for a "Reformation of Judgment."

A defendant's notice of appeal is timely when it is filed within thirty days after the day sentence is imposed or suspended. Tex. R. App. P. 26.2(a)(1). Under the mailbox rule as it applies to prisoners, often referred to as the

---

[1]*See* Tex. R. App. P. 47.4.

"prisoner mailbox rule," a pro se inmate's pleading is deemed filed at the time the prison authorities duly receive the document to be mailed. *Taylor v. State*, 424 S.W.3d 39, 44 (Tex. Crim. App. 2014).

Silva's notice of appeal was due by March 14, 2014. *See* Tex. R. App. P. 26.2(a)(1). He stated in the notice that it was submitted on March 10, 2014—before the due date—but the parcel was postmarked March 27, 2014, and file stamped April 16, 2014—weeks after the due date. *See* Tex. R. App. P. 26.2(a)(1). Concerned about the notice of appeal's timeliness, on August 6, 2014, and September 15, 2014, we asked Silva to advise the court whether the mailbox rule applied and informed him that the appeal could be dismissed for want of jurisdiction. Silva filed a response, but it does not show grounds for continuing the appeals. *See Taylor*, 424 S.W.3d at 44. Accordingly, we dismiss these appeals for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  October 16, 2014